COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-245-CV

ROBERT STEVEN LABOON
 
APPELLANTS

AND JENNIFER LABOON

V.

STRUCTURED FOUNDATION REPAIRS, INC. APPELLEES

AND ITS AGENT, CHRIS BAILEY

 
 

----------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  October 30, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.